```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06.09.15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of
ANTHONY GARBUIO to Modify Grand
Jury Subpoena,

No. 15-mc-145 (RJS) (PART I)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at today's conference, the Court finds that the Applicant has failed to "carry [his] burden of showing that the information sought bears no conceivable relevance to any legitimate object of investigation by the federal grand jury." *In re Liberatore*, 574 F.2d 78, 83 (2d Cir. 1978) (internal citations or quotations omitted). Accordingly, IT IS HEREBY ORDERED THAT the motion to modify the grand jury subpoena is denied.

SO ORDERED.

Dated:    June 9, 2015
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE